Hillsborough, &#125;
Nov. 2, 1915. &#125;

ELLEN H. BURKE, *Adm'x,* v. BENJAMIN T. BARTLETT.

CASE, for negligently causing the death of the plaintiff's intestate. Trial by jury. Transferred from the January term, 1915, of the superior court by *Branch*, J., on the plaintiff's exception to an order of nonsuit.

*Jones, Warren, Wilson & Manning* (*Mr. Manning* orally), for the plaintiff.

*G. K. & B. T. Bartlett* and *Taggart, Burroughs, Wyman & McLane* (*Mr. McLane* orally), for the defendant.

*Per Curiam.* The question raised by the exception is whether there was evidence tending to prove (1) that the defendant's fault did, and (2) that the decedent's negligence did not, contribute to

cause the accident. The evidence warranted a submission of both issues to the jury, and the order is

*Exception sustained.*